IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 JUL -7 PM 3: 48

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| GLADYS COX, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES POSTAL SERVICE )<br>and JOHN E. POTTER, Postmaster )<br>General, )<br>)<br>Defendants. )<br>) | No. 05-2071 Ml/P |

ORDER SETTING TRIAL AND PRETRIAL DATES

Pursuant to Local Rule 72.1(f), a Rule 16(b) Scheduling Order was entered on June 15, 2005, by United States Magistrate Judge Tu M. Pham. In accordance with the deadlines established in that order, trial and pretrial dates are set as follows before the District Court:

1.  The jury trial in this matter, which is anticipated to last three (3) days, is set to begin <u>Monday, May 1, 2006 at 9:30 a.m.</u> in courtroom no. 4.

2.  A pretrial conference is set for <u>Tuesday, April 25, 2006 at 8:45 a.m.</u>

3.  The joint pretrial order and proposed jury instructions and voir dire questions are due by no later than 4:30 p.m. on <u>April 18, 2006</u>.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 7-8-05

/0

Absent good cause, the dates established by this order shall not be extended or modified.

IT IS SO ORDERED this ___7___ day of July, 2005.

                                    JON PHIPPS McCALLA
                                    UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 2:05-CV-02071 was distributed by fax, mail, or direct printing on July 8, 2005 to the parties listed.

---

Gary A. Vanasek
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Gladys Cox
4148 Hillgate Street
Memphis, TN 38118

Honorable Jon McCalla
US DISTRICT COURT